# EXHIBIT B

one advantage

One Advantage, LLC
7650 MAGNA DRIVE
BELLEVILLE, IL 62223
(866) 812-3874 or (618) 235-4700

| | |
|---|---|
| STATEMENT DATE: | 01/13/17 |
| CREDITOR: | Barnes Jewish Hospital |
| ACCOUNT NAME: | Ron D Starks |
| CREDITOR ACCOUNT #: | MULTIPLE |
| ACCOUNT #: | [redacted]3459 |
| ACCOUNT BALANCE: | $1,744.58 |

*See Reverse Side for Account Detail*

RON D STARKS
[redacted]
SAINT LOUIS, MO 63109-4001

Dear RON D STARKS,

The above referenced account(s) has been placed with our company for collection. Please send the balance to One Advantage, LLC or contact us at (866) 812-3874 or (618) 235-4700.

One Advantage, LLC reports this creditor's accounts with balances of $50.00 or greater to one or more credit bureaus. However, if the balance is paid by 02/25/17, this account will not be reported.

Please send your payment to the remit address shown below. The creditor account number(s) should be noted on all correspondence and payments to ensure the proper handling and processing of your account(s).

PLEASE CALL OUR OFFICE AT (866) 812-3874 or (618) 235-4700

Office Hours (Central Time Zone)
MONDAY - THURSDAY 7:00 A.M. - 6:00 P.M.
FRIDAY 7:00 A.M. - 4:45 P.M.

**Send correspondence to: One Advantage, LLC 7650 MAGNA DRIVE, BELLEVILLE IL 62223**

**For online payment options please go to http://paybelleville.oneadvantagellc.com**

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**UNLESS YOU NOTIFY THIS OFFICE WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THIS DEBT IS VALID. IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL OBTAIN VERIFICATION OF THE DEBT OR OBTAIN A COPY OF A JUDGMENT AND MAIL YOU A COPY OF SUCH JUDGMENT OR VERIFICATION. IF YOU REQUEST THIS OFFICE IN WRITING WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE, THIS OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.**

Page 1 of 2

***NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION***

PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

MED-17013/BC1111-[redacted]7112 One Advantage, LLC • 7650 Magna Drive • Belleville, IL 62223 BC1111 2476/0001238/0008

7650 MAGNA DRIVE
BELLEVILLE, IL 62223

IF PAYING BY CREDIT CARD, FILL OUT BELOW.

CHECK ☐ VISA ☐ MasterCard

| CARD NUMBER | CVV# (Last 3 digits on back of card) XXXXXXXXXX |
|---|---|
| SIGNATURE | EXP DATE |

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT # |
|---|---|---|
| 01/13/17 | $1,744.58 | MULTIPLE |

SHOW AMOUNT PAID HERE $

☐ Please check box if below address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

ADDRESSEE:

RON D STARKS
[redacted]
SAINT LOUIS, MO 63109-4001

REMIT TO:

One Advantage, LLC
PO Box 23860
Belleville, IL 62223-0860

RON D STARKS MED-17013/[redacted]3459/BC1111 [redacted]7112 0001238/0008

| Creditor Name / Account Name | Creditor Number / Account Number | Date of Service | Creditor Balance | Interest | Collection Charge | Late Fee | NSF / Processing Fee | Total Due |
|---|---|---|---|---|---|---|---|---|
| Barnes Jewish Hospital<br>Ron D Starks | [redacted]3459 | 03/06/13 | $894.00 | N/A | N/A | N/A | N/A | $894.00 |
| Barnes Jewish Hospital<br>Ron D Starks | [redacted]3457 | 03/13/13 | $344.68 | N/A | N/A | N/A | N/A | $344.68 |
| Barnes Jewish Hospital<br>Ron D Starks | [redacted]3469 | 03/28/13 | $505.90 | N/A | N/A | N/A | N/A | $505.90 |

Total Due: $1,744.58

0001238/2477

Page 2 of 2

IF ANY OF THE FOLLOWING HAS CHANGED SINCE YOUR LAST STATEMENT, PLEASE INDICATE . . .

## ABOUT YOU:

YOUR NAME (Last, First, Middle Initial)

ADDRESS:

CITY STATE ZIP

TELEPHONE: ( ) -

MARITAL STATUS
☐ Single ☐ Married ☐ Separated ☐ Divorced ☐ Widowed

EMPLOYER'S NAME TELEPHONE ( ) -

EMPLOYER'S ADDRESS CITY STATE ZIP

OTHER

POLICY HOLER'S NAME: DATE OF BIRTH

PATIENT'S RELATIONSHIP TO POLICY HOLDER EFFECTIVE DATE:

## ABOUT YOUR INSURANCE:

YOUR PRIMARY INSURANCE CARRIER EFFECTIVE DATE

PRIMARY INSURANCE CARRIER'S ADDRESS TELEPHONE ( ) -

CITY STATE ZIP

POLICYHOLDER'S ID NUMBER GROUP PLAN NUMBER

YOUR SECONDARY INSURANCE CARRIER EFFECTIVE DATE

SECONDARY INSURANCE CARRIER'S ADDRESS TELEPHONE ( ) -

CITY STATE ZIP

POLICYHOLDER'S ID NUMBER GROUP PLAN NUMBER